BEFORE THE SECOND DIVISION, JANUARY 5, 1967

**No. P67/4.**—Ataka California, Ltd., et al. *v.* United States, protests 63/21805, etc. (Los Angeles).

---

[1] Retired June 24, 1967.
[2] Additional assignment to participate in all first division cases as of December 8, 1966, extending through March 13, 1967.
[3] Entered on duty March 14, 1967.

Ford, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hinge-hanger bolts, carriage bolts, etc., similar in all material respects to those the subject of *Winter, Wolff & Co., Inc.* v. *United States* (54 Cust. Ct. 173, C.D. 2528), the claim of the plaintiffs was sustained.